WORTHEN & ALDRICH COMPANY, respondent,

*v.*

WHITE SPRING PAPER COMPANY, appellant.

[Argued March 9th, 1909.   Decided June 14th, 1909.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 647.*

*Mr. Albert C. Wall,* for the appellant.

*Mr. William I. Lewis,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Howell, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—13.

*For reversal*—None.